UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01300 JAK (JCx) | Date | December 6, 2021 |
| Title | Terry Valentine v. Rehabilitation Center of Santa Monica Holding Company GP, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Hali Anderson (video) | John Drury (video) |

**Proceedings:** **MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, AND COSTS, AND CLASS REPRESENTATIVE INCENTIVE PAYMENT (DKT. 43)**

The motion hearing is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant the Motion for Approval of Class Action Settlement and Award of Attorneys' Fees, and Costs, and Class Representative Incentive Payment (the "Motion" (Dkt. 43)). Counsel address the Court. The Court adheres to its tentative views, and the Motion is **GRANTED**, with a detailed Order to follow.

**IT IS SO ORDERED.**

|  | : | 08 |
|---|---|---|
| Initials of Preparer | TJ | |