UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY VALENTINE, individually, and on behalf of all other similarly-situated employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>REHABILITATION CENTER OF SANTA MONICA HOLDING COMPANY GP, LLC; REHABILITATION CENTER OF SANTA MONICA OPERATING COMPANY, LP; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC; MARINER HEALTH CENTRAL, INC. and DOES 1 THROUGH 50, Inclusive,<br><br>Defendants. | No. 2:19-cv-01300-JAK-JC<br><br>**JUDGMENT**<br><br>**JS-6** |

1

The Parties reached a settlement subject to Court approval as represented in the Settlement Agreement that was filed. Following a final approval hearing, which was conducted pursuant to the previous order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order"), Plaintiff's Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, and Costs, and Class Representative Incentive Payment was granted (the "Final Approval Order"). Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court has jurisdiction over the subject matter of this action, the Settlement Class, and Defendants.

2. As a result of this Judgment, Plaintiff and the Settlement Class are barred from prosecuting any claims against Defendants and the Released Parties covered by the releases set forth in the Settlement Agreement.

3. This Judgment is the Final Judgment as to Plaintiff and the Settlement Class and the Released Claims against the Released Parties. The claims of Plaintiff and of the Settlement Class are hereby dismissed with prejudice.

4. Without affecting the finality of this Order for purposes of appeal, the Court retains jurisdiction over this matter for the purposes of enforcing the Settlement.

**IT IS SO ORDERED.**

Dated: December 20, 2021

John A. Kronstadt
United States District Judge